TIMOTHY A. LORANGER, ESQ. (SBN 225422)
JONATHAN B. NAVI, ESQ. (SBN 251431)
**NAVI & LORANGER, P.C.**
1925 Century Park East, Suite 1150
Los Angeles, California 90067
Telephone: (310) 282-8212 | Facsimile: (310) 282-8215

Attorneys for Plaintiff
CALIFORNIA FOOD, INC.

Southwest District
825 Maple Avenue
Torrance, CA 90503

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA FOOD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IJS GLOBAL, INC., a business entity, and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No.  CV-09-5317 R (Jcx) <br> State Court Case no.  YC059552 <br><br> **ORDER ON PLAINTIFF'S MOTION FOR REMAND** <br><br> [Hon. Manuel L. Real] <br><br> Date:     October 5, 2009 <br> Time:    10:00 a.m. <br> Dept.:    8 |

**WHEREFORE** Plaintiff's Motion for Remand of the case back to State Court came on for hearing before this Court, Timothy A. Loranger, Jonathan B. Navi, and Michael K. Burke, appearing for Plaintiff and Gerald Gorman appearing for Defendant. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court:

**IT IS HEREBY ORDERED** that Plaintiff's motion is hereby GRANTED and the case REMANDED to the State Court for further proceedings.

DATED: __October 6, 2009___

_____
United States District Judge

-1-

**ORDER ON PLAINTIFF'S MOTION FOR REMAND**